# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**One Step GPS, LLC,**<br><br>Defendant. | Case No. 2:19-cv-07971<br><br>Patent Case<br><br>Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventergy LBS, LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated:  October 3, 2019

Respectfully submitted,

/s/ *Ryan E. Hatch*
Ryan E. Hatch (CA SB No. 235577)
ryan@ryanehatch.com
Law Office of Ryan E. Hatch, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Work: 310-279-5076
Mobile: 310-435-6374
Fax: 310-693-5328

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St

Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

Attorneys for Plaintiff Inventergy LBS, LLC

**NOTICE OF VOLUNTARY DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Ryan E. Hatch*

**NOTICE OF VOLUNTARY DISMISSAL**